UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22909-RNS

HOWARD COHAN,

    Plaintiff,

vs.

COOPER'S HAWK DORAL, LLC
a Florida Limited Liability Company
d/b/a COOPER'S HAWK WINERY & RESTAURANT

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, COOPER'S HAWK DORAL, LLC, a Florida Limited Liability Company, d/b/a COOPER'S HAWK WINERY & RESTAURANT, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED January 11, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Ryan Weiss** |
| Gregory S. Sconzo, Esq. | Ryan Weiss, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 114479 |
| Sconzo Law Office, P.A. | E-mail: ryan.weiss@jacksonlewis.com |
| 3825 PGA Boulevard, Suite 207 | JACKSON LEWIS P.C. |
| Palm Beach Gardens, FL 33410 | One Biscayne Tower, Suite 3500 |
| Telephone: (561) 729-0940 | Two South Biscayne Boulevard |
| Facsimile: (561) 491-9459 | Miami, Florida 33131 |
| Email: greg@sconzolawoffice.com | Telephone: (305) 577-7611 |
| Email: alexa@sconzolawoffice.com | Attorneys for Defendant |
| Attorney for Plaintiff | |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 **/s/ Gregory S. Sconzo**
                                                 **Gregory S. Sconzo, Esq.**